IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiffs, | | **4:16CR3105** |
| vs. | | |
| ALEJANDRO HERAS-REAL, | | **ORDER** |
| Defendant. | | |

Defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2) The clerk shall forward this memorandum and order to the Federal Public Defender.

3) The appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

January 19, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge